UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEADRICK TEAGUE, CHARSAE PERRY, COREY M. ISLEY, TAMARA DAVIS, ANTHONY HICKS, ARCHIE HAYES, ALEXANDER PATES, and JOYCE PERRY,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK A. MIEHLE, MATTHEW R. BLOMSTRAND, JEFFREY T. SALVETTI, ERICK P. SENG, ANTHONY J. JANNOTTA, KEVIN L. CARLQUIST, BRIAN A. STORRIE, JOSEPH E. LIPA, AARON M. DALY, ADAM WALLACE, NICHOLAS A. CERVANTES, ANDREW N. DOERGE, and CITY OF CHICAGO,<br><br>Defendants. | Case No. 14 C 6950<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' MOTION FOR JUDGMENT ON PLAINTIFFS' BILL OF COSTS**

Plaintiffs, by and through their attorneys, Irene K. Dymkar and Shamoyita M. DasGupta, hereby move this Court to enter judgment on plaintiffs' Bill of Costs. In support of their motion, plaintiffs state:

1) This action arises under the United States Constitution and the laws of the United States, specifically the Civil Rights Act of 1871 (42 U.S.C. §1983), to redress deprivations of the civil rights of plaintiffs through acts and/or omissions of defendants committed under color of law. Specifically here, defendants deprived plaintiffs of their rights under the Fourth and Fourteenth Amendments to the United States Constitution.

2) Plaintiffs accepted defendants' Offer of Judgment on November 4, 2018. *See Doc. 217*.

3) This Court entered judgment in favor of plaintiffs Deadrick Teague, Charsae Perry, Cory M. Isley, Anthony Hicks, Archie Hayes, and Joyce Perry, and against defendants Erik A. Miehle, Matthew R. Blomstrand, Jeffrey T. Salvetti, Erick P. Seng, Kevin L.

Carlquist, Brian A. Storrie, Joseph E. Lipa, Aaron M. Daly, Adam Wallace, Nicholas A. Cervantes, Andrew N. Doerge, and the City of Chicago on November 9, 2018. *See Doc. 218*.

4) As the prevailing parties, plaintiffs are entitled to costs.

5) Plaintiffs filed their Bill of Costs for a total amount of $13,355.49 on November 15, 2018. *See Doc. 224*.

6) Plaintiffs hereby request that this Court enter judgment on plaintiffs' Bill of Costs.

WHEREFORE, plaintiffs respectfully request that this Court enter judgment on plaintiffs' Bill of Costs in the amount of $13,355.49.


Dated: November 15, 2018             /s/ Shamoyita M. DasGupta
                                           Shamoyita M. DasGupta


Plaintiffs' Attorneys:
Irene K. Dymkar
Shamoyita M. DasGupta
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123